# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2019

## NO. 03-19-00209-CV

**Seton Family of Hospitals d/b/a Seton Medical Center Williamson, Appellant**

**v.**

**Tomaurz White as Administrator of the Estate of Latoya Jones and as Next Friend of A.W., A Minor; Gale Machon Jones; and Clarence Jones, Appellees**

---

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on February 25, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.